The 36th District Court Case Search will currently only display case information for cases occurred within the last seven years.

## 36TH DISTRICT COURT

### Register of Action

Return to Search Results

Return to Search

```
|STATE OF MICHIGAN        |                           | CASE NO:  247510181   D01 OM |
|36TH JUDICIAL DISTRICT|  REGISTER OF ACTIONS        |                              |
|ORI820365J              |                           | STATUS: CLSD     01/09/25    |
|                        |                           |                              |
```

                                        JUDGE OF RECORD: HOLMES,SHANNON A.,   P-58705
                                              JUDGE: HOLMES,SHANNON A.,   P-58705
DETROIT v
                                                       CTN:
    ABDRABBOH/NUZMEYA/MUHAMMAD                         TCN:
                                                       SID:
                                              ENTRY DATE: 06/05/24
                                              OFFENSE DATE: 05/30/24  830 AM
                                              ARREST DATE:
                                  VEHICLE TYPE:        VPN:
YEAR OF BIRTH: 2004   SEX: F   RACE:                   CDL: U
VEH YR:        VEH MAKE:                               PAPER PLATE:

---

DEFENSE ATTORNEY ADDRESS             BAR NO.
KHUJA,JAMIL KAMEL,                   P-71963
1360 PORTER ST STE 230               Telephone No.
DEARBORN      MI 48124               (313) 263-3353

---

OFFICER: JIDDOU YOUSIF            | DEPT: 0555098
PROSECUTOR:                       |
                     DRIVE/PUTNAM | VENUE: DETROIT

---

REF:  A C/M/F: M  740.1                    PACC#750.552
TRESPASSING IN VACANT, OCCUPIED OR COMMERCIAL BUILDINGS
ARRAIGNMENT DATE: 07/05/24   PLEA:   MUTE & NGBC   PLEA DATE: 07/05/24
FINDINGS:  DISM BY PTY    DISPOSITION DATE: 01/09/25
SENTENCING DATE:
      FINE      COST  ST.COST    CON    MISC.    REST   TOT FINE    TOT DUE
      0.00      0.00    0.00    0.00    0.00    0.00      0.00       0.00
       JAIL SENTENCE:             PROBATION:
  VEH IMMOB START DATE:          NUMBER OF DAYS:      VEH FORFEITURE:

---

BOND HISTORY:
              PERSONAL    BOND CONTINUED

---

DATE                    ACTIONS, JUDGMENTS, CASE NOTES             INITIALS

```
05/30/24
  A  ORIGINAL CHARGE        TRESPASSING                                177
     ORDINANCE FINE                                                    177
06/05/24
     NAME/DLN/DOB OVERRIDE                                             177
     FILING DATE            060524                                     177
  A  SCHEDULED FOR ARRAIGNMENT 070524  130P  CRTRM 533,      # 533     177
     VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES                  177
                            TRESPASSING                                177
06/06/24
  A  NOTICE TO APPEAR GENERATED                                        177


NAME: ABDRABBOH/NUZMEYA/MUHAMMAD         CASE NO: 247510181     PAGE  2

DATE                  ACTIONS, JUDGMENTS, CASE NOTES            INITIALS


06/06/24
  A                       TRESPASSING                                  177
06/09/24
     Reassigned Jdg of Record # 533 to P-58705                         951
07/02/24
     MISCELLANEOUS ACTION    ALL COUNTS                                510
     ATT  DUPREE,MATTHEW ANTHONY,                      P-80132         510
     APPEARANCE FILED 7/2/24 ONLINE                                    510
07/05/24
  A  ARRAIGNMENT HELD        TRESPASSING                               020
     JDG  SMITH,VIRGIL C.,                             P-20714         020
     STOOD MUTE AND PLEA OF NOT GUILTY ENTERED BY COURT                020
     SCHEDULED FOR PRE-TRIAL   071924  130P  CRTRM 533,   # 533        020
     VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES                  020
                            TRESPASSING                                020
     PERSONAL                                                          020
     BOND SET                                                          020
     VIRTUAL HEARING HELD                                              020
     VIRTUAL HEARING SCHEDULED                                         020
     COURT REPORTER: M. FIELDS CER #7264                               020
     NO DOLLAR AMOUNT SET                                              020
     DEFENDANT REPRESENTED BY APPOINTED COUNSEL AT ARRAIGNMENT         020
     NOTICE TO APPEAR GENERATED                                        020
                            TRESPASSING                                020
07/08/24
  A  NOTICE TO APPEAR GENERATED                                        020
                            TRESPASSING                                020
07/19/24
  A  PROCEEDING HELD         TRESPASSING                               020
     JDG  SMITH,VIRGIL C.,                             P-20714         020
     SCHEDULED FOR PRE-TRIAL   080224  130P  CRTRM 533,   # 533        020
     VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES                  020
                            TRESPASSING                                020
     BOND CONTINUED                                                    020
     VIRTUAL HEARING HELD                                              020
     VIRTUAL HEARING SCHEDULED                                         020
     VIDEO RECORDING                                                   020
     ADJOURNMENT REQUESTED BY COURT                                    020
     NOTICE TO APPEAR GENERATED                                        020
                            TRESPASSING                                020
```

```
07/22/24
  A  NOTICE TO APPEAR GENERATED                                        020
                          TRESPASSING                                  020
08/02/24
     PROCEEDING HELD        ALL COUNTS                                 039
     JDG  SMITH,VIRGIL C.,                                 P-20714     039
     SCHEDULED FOR PRE-TRIAL   081624  130P  CRTRM 533,    # 533       039
     VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES                  039
                          ALL COUNTS                                   039
     VIRTUAL HEARING SCHEDULED                                         039
     COURT REPORTER: A. PILLOW CSR #5665                               039
     DEFENDANT REPRESENTED BY RETAINED COUNSEL AT ARRAIGNMENT          039
     NOTICE TO APPEAR GENERATED                                        039
                          ALL COUNTS                                   039


NAME: ABDRABBOH/NUZMEYA/MUHAMMAD          CASE NO: 247510181   PAGE  3

DATE                  ACTIONS, JUDGMENTS, CASE NOTES           INITIALS


08/05/24
     NOTICE TO APPEAR GENERATED                                        039
08/16/24
  A  PRE-TRIAL HELD          TRESPASSING                               144
     JDG  SMITH,VIRGIL C.,                                 P-20714     144
     ATT  KHUJA,JAMIL KAMEL,                               P-71963     144
     SCHEDULED FOR TRIAL      010925 1045A  HOLMES,SHANNON A., P-58705 144
     VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES                  144
                          TRESPASSING                                  144
     VIRTUAL HEARING SCHEDULED                                         144
     NOTICE TO APPEAR GENERATED                                        144
                          TRESPASSING                                  144
08/19/24
  A  NOTICE TO APPEAR GENERATED                                        144
                          TRESPASSING                                  144
01/09/25
  A  PROCEEDING HELD          TRESPASSING                              032
     JDG  HOLMES,SHANNON A.,                               P-58705     032
     DISMISSED BY PARTY                                                032
     DISMISSED WITHOUT PREJUDICE                                       032
     VIDEO RECORDING                                                   032
     VIRTUAL HEARING HELD                                              032
     CASE CLOSED                                                       032
          ***** END OF REGISTER OF ACTIONS *****  05/09/25 15:03
```

Return to Search

**The 36th District Court Case Search will currently only display case information for cases occurred within the last seven years.**

# 36TH DISTRICT COURT
## Register of Action

Return to Search

```
|STATE OF MICHIGAN           |                      | CASE NO:  247611791   D01 OM |
|36TH JUDICIAL DISTRICT| REGISTER OF ACTIONS        |                              |
|ORI820365J                  |                      | STATUS: CLSD      10/31/24   |
|                            |                      |                              |
```

                                        JUDGE OF RECORD: WAGNER,MICHAEL E.,   P-44021
                                        JUDGE:           WAGNER,MICHAEL E.,   P-44021
DETROIT v
                                                          CTN:
    MALLERY/CALEB/TODD                                    TCN:
                                                          SID:
                                             ENTRY DATE:   06/28/24
                                             OFFENSE DATE: 05/30/24   636 AM
                                             ARREST DATE:
                                VEHICLE TYPE:             VPN:
YEAR OF BIRTH: 2003   SEX: M   RACE: W                    CDL: U
VEH YR:        VEH MAKE:                                  PAPER PLATE:

DEFENSE ATTORNEY ADDRESS                BAR NO.
DAVIS,MAURICE COURTEZ,                  P-76203
1300 BROADWAY ST. SUITE 220             Telephone No.
DETROIT       MI 48226                  (313) 512-6100

OFFICER: HUNDT AARON              | DEPT: 0555098
PROSECUTOR:                       |
                        DR/MERRICK | VENUE: DETROIT

REF: A C/M/F: M 740.1                         PACC#750.552
TRESPASSING IN VACANT, OCCUPIED OR COMMERCIAL BUILDINGS
ARRAIGNMENT DATE: 07/12/24   PLEA:              PLEA DATE:
FINDINGS:  DISM BY PTY    DISPOSITION DATE: 10/31/24
SENTENCING DATE:

```
         FINE      COST  ST.COST    CON     MISC.     REST    TOT FINE     TOT DUE
         0.00      0.00    0.00    0.00     0.00     0.00      0.00         0.00
         JAIL SENTENCE:          PROBATION:
   VEH IMMOB START DATE:            NUMBER OF DAYS:      VEH FORFEITURE:
```

BOND HISTORY:
                    PERSONAL    BOND SET

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|

05/30/24
  A  ORIGINAL CHARGE         TRESSPASSING                                       177
     ORDINANCE FINE                                                             177
06/28/24
     FILING DATE             062824                                             177
  A  SCHEDULED FOR ARRAIGNMENT 071224   130P   WAGNER,MICHAEL E.,  P-44021      177
     VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES                           177
                             TRESSPASSING                                       177
07/01/24
  A  NOTICE TO APPEAR GENERATED                                                 177
                             TRESSPASSING                                       177

NAME: MALLERY/CALEB/TODD                  CASE NO: 247611791      PAGE   2

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|

07/09/24
     MISCELLANEOUS ACTION    ALL COUNTS                                         799
     ATT   DAVIS,MAURICE COURTEZ,                              P-76203          799
     APPEARANCE FILED                                                           799
     NOTICE TO APPEAR GENERATED                                                 799
                             ALL COUNTS                                         799
07/12/24
  A  ARRAIGNMENT WAIVED      TRESSPASSING                                       091
     JDG  WAGNER,MICHAEL E.,                                   P-44021          091
     SCHEDULED FOR PRE-TRIAL   092724  835A  WAGNER,MICHAEL E., P-44021         091
     VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES                           091
                             TRESSPASSING                                       091
     PERSONAL                                                                   091
     BOND SET                                                                   091
     NO DOLLAR AMOUNT SET                                                       091

```
      DEFENDANT REPRESENTED BY APPOINTED COUNSEL AT ARRAIGNMENT           091
      VIRTUAL HEARING SCHEDULED                                           091
07/15/24
  A   NOTICE TO APPEAR GENERATED                                          091
                            TRESPASSING                                   091
09/27/24
  A   MISCELLANEOUS ACTION    TRESPASSING                                 091
      JDG   WAGNER,MICHAEL E.,                                 P-44021    091
      SCHEDULED FOR SHOWCAUSE HEARING                                     091
                            103124  900A  WAGNER,MICHAEL E.,   P-44021    091
      VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES                    091
                            TRESPASSING                                   091
      VIRTUAL HEARING SCHEDULED                                           091
10/01/24
  A   NOTICE TO APPEAR GENERATED                                          091
                            TRESPASSING                                   091
10/31/24
  A   PROCEEDING HELD         TRESPASSING                                 143
      JDG   WAGNER,MICHAEL E.,                                 P-44021    143
      DISMISSED BY PARTY                                                  143
      DISMISSED WITHOUT PREJUDICE                                         143
      VIRTUAL HEARING HELD                                                143
      COURT REPORTER: CYNTHIA WASHINGTON CSMR #7087                       143
      CASE CLOSED                                                         143
              ***** END OF REGISTER OF ACTIONS ***** 05/09/25 15:10
```

Return to Search

**The 36th District Court Case Search will currently only display case information for cases occurred within the last seven years.**

# 36TH DISTRICT COURT

## Register of Action

Return to Search

```
|STATE OF MICHIGAN           |                         | CASE NO:   247510161   D01 OM |
|36TH JUDICIAL DISTRICT| REGISTER OF ACTIONS          |                               |
|ORI820365J                  |                         | STATUS: CLSD      08/20/24    |
|                            |                         |                               |
```

                                    JUDGE OF RECORD: ARCHER,ROBERTA C.,   P-58996
                                            JUDGE: ARCHER,ROBERTA C.,     P-58996
DETROIT v
                                                         CTN:
    SUKKAR/JENNA/                                        TCN:
                                                         SID:
                                              ENTRY DATE: 06/05/24
                                              OFFENSE DATE: 05/30/24   849 AM
                                              ARREST DATE:
                              VEHICLE TYPE:         VPN:
YEAR OF BIRTH: 2004   SEX: F   RACE:                CDL: U
VEH YR:         VEH MAKE:                           PAPER PLATE:

DEFENSE ATTORNEY ADDRESS                BAR NO.
DUPREE,MATTHEW ANTHONY,                 P-80132
PO BOX 43076                            Telephone No.
DETROIT       MI 48243                  (313) 365-0598

OFFICER: PARNELL JONATHAN              | DEPT: 0555098
PROSECUTOR:                            |
                           DR/PUTNAM   | VENUE: DETROIT

REF: A C/M/F: M 740.1                          PACC#750.552
TRESPASSING IN VACANT, OCCUPIED OR COMMERCIAL BUILDINGS
ARRAIGNMENT DATE: 06/20/24   PLEA:              PLEA DATE:
FINDINGS:  DISM BY PTY   DISPOSITION DATE: 08/20/24
SENTENCING DATE:

|   FINE   | COST | ST.COST |  CON  | MISC. | REST  | TOT FINE | TOT DUE |
|----------|------|---------|-------|-------|-------|----------|---------|
|   0.00   | 0.00 |  0.00   | 0.00  | 0.00  | 0.00  |   0.00   |  0.00   |

JAIL SENTENCE:            PROBATION:

VEH IMMOB START DATE:            NUMBER OF DAYS:            VEH FORFEITURE:

BOND HISTORY:
        PERSONAL   BOND SET

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|------|-------------------------------|----------|
| 05/30/24 | | |
| | A  ORIGINAL CHARGE          TRESPASSING | 177 |
| |    ORDINANCE FINE | 177 |
| 06/05/24 | | |
| |    FILING DATE              060524 | 177 |
| | A  SCHEDULED FOR ARRAIGNMENT 062024   130P   ARCHER,ROBERTA C.,   P-58996 | 177 |
| |    VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES | 177 |
| |                             TRESPASSING | 177 |
| 06/06/24 | | |
| | A  NOTICE TO APPEAR GENERATED | 177 |
| |                             TRESPASSING | 177 |

NAME: SUKKAR/JENNA/                       CASE NO: 247510161      PAGE   2

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|------|-------------------------------|----------|
| 06/20/24 | | |
| |    ARRAIGNMENT WAIVED       ALL COUNTS | 046 |
| |    JDG  ARCHER,ROBERTA C.,                              P-58996 | 046 |
| |    ATT  DUPREE,MATTHEW ANTHONY,                         P-80132 | 046 |
| |    SCHEDULED FOR PRE-TRIAL   072224  835A  ARCHER,ROBERTA C.,  P-58996 | 046 |
| |    VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES | 046 |
| |                             ALL COUNTS | 046 |
| |    PERSONAL | 046 |
| |    BOND SET | 046 |
| |    VIRTUAL HEARING SCHEDULED | 046 |
| |    NO DOLLAR AMOUNT SET | 046 |
| |    DEFENDANT REPRESENTED BY RETAINED COUNSEL AT ARRAIGNMENT | 046 |
| 06/21/24 | | |
| |    NOTICE TO APPEAR GENERATED | 046 |
| 07/22/24 | | |

```
    A  MISCELLANEOUS ACTION       TRESPASSING                              046
       JDG  ARCHER,ROBERTA C.,                              P-58996        046
       ATT  DUPREE,MATTHEW ANTHONY,                         P-80132        046
       SCHEDULED FOR PRE-TRIAL    082024  835A  ARCHER,ROBERTA C., P-58996 046
       VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES                    046
                                  TRESPASSING                              046
       PERSONAL                                                            046
       BOND SET                                                            046
       VIRTUAL HEARING SCHEDULED                                           046
       NO DOLLAR AMOUNT SET                                                046
07/23/24
    A  NOTICE TO APPEAR GENERATED                                          046
                                  TRESPASSING                              046
08/20/24
    A  PROCEEDING HELD            TRESPASSING                              046
       JDG  ARCHER,ROBERTA C.,                              P-58996        046
       ATT  DUPREE,MATTHEW ANTHONY,                         P-80132        046
       DISMISSED BY PARTY                                                  046
       DISMISSED WITHOUT PREJUDICE                                         046
       PER PROSECUTION                                                     046
       COURT REPORTER: A. PILLOW CSR #5665                                 046
       VIRTUAL HEARING HELD                                                046
       CASE CLOSED                                                         046
            ***** END OF REGISTER OF ACTIONS ***** 05/09/25 15:12
```

Return to Search.

**The 36th District Court Case Search will currently only display case information for cases occurred within the last seven years.**

# 36TH DISTRICT COURT

## Register of Action

Return to Search

```
|STATE OF MICHIGAN        |                          | CASE NO:   247627941   D01 OM |
|36TH JUDICIAL DISTRICT|  REGISTER OF ACTIONS        |                               |
|ORI820365J              |                           | STATUS: CLSD         10/14/24 |
|                        |                           |                               |
```

JUDGE OF RECORD: SHERMAN,MILLICENT D  P-55767
JUDGE: SHERMAN,MILLICENT D  P-55767

DETROIT v

  ROBAK/JACKSON/TREY

CTN:
TCN:
SID:
ENTRY DATE: 06/13/24
OFFENSE DATE: 05/30/24   630 AM
ARREST DATE:
VEHICLE TYPE:       VPN:
YEAR OF BIRTH: 2000   SEX: M   RACE: W       CDL: U
VEH YR:       VEH MAKE:                PAPER PLATE:

DEFENSE ATTORNEY ADDRESS            BAR NO.
DUPREE,MATTHEW ANTHONY,              P-80132
PO BOX 43076                         Telephone No.
DETROIT      MI 48243                (313) 365-0598

OFFICER: BARKSDALE RODERICK         | DEPT: 0555098
PROSECUTOR:                         |
                    DR/MERRICK      | VENUE: DETROIT

REF:  A C/M/F: M  740.1                      PACC#750.552
TRESPASSING IN VACANT, OCCUPIED OR COMMERCIAL BUILDINGS
ARRAIGNMENT DATE: 06/27/24   PLEA:              PLEA DATE:
FINDINGS:  DISM BY PTY   DISPOSITION DATE: 10/14/24
SENTENCING DATE:

```
       FINE      COST  ST.COST    CON     MISC.     REST   TOT FINE   TOT DUE
       0.00      0.00    0.00    0.00     0.00     0.00     0.00       0.00
         JAIL SENTENCE:           PROBATION:
   VEH IMMOB START DATE:          NUMBER OF DAYS:       VEH FORFEITURE:
```

BOND HISTORY:
                    PERSONAL    BOND CONTINUED

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|

```
05/30/24
  A   ORIGINAL CHARGE          TRESPASSING                              177
      ORDINANCE FINE                                                    177
06/13/24
      FILING DATE              061324                                   177
  A   SCHEDULED FOR ARRAIGNMENT 062724  130P   SHERMAN,MILLICENT D P-55767  177
      VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES                  177
                               TRESPASSING                              177
      REISSUE TICKET                                                    177
06/14/24
  A   NOTICE TO APPEAR GENERATED                                        177
```

NAME: ROBAK/JACKSON/TREY                CASE NO: 247627941       PAGE  2

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|

```
06/14/24
  A                            TRESPASSING                              177
06/27/24
  A   ARRAIGNMENT WAIVED       TRESPASSING                              083
      JDG  SHERMAN,MILLICENT D.,                              P-55767   083
      ATT  DUPREE,MATTHEW ANTHONY,                            P-80132   083
      REMOVED FROM CALENDAR    062724  130P  SHERMAN,MILLICENT D P-55767  083
      SCHEDULED FOR PRE-TRIAL  091324  900A  SHERMAN,MILLICENT D P-55767  083
      VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES                  083
                               TRESPASSING                              083
      PERSONAL                                                          083
      BOND SET                                               062724     083
      NO DOLLAR AMOUNT SET                                              083
      VIRTUAL HEARING SCHEDULED                                         083
      DEFENDANT REPRESENTED BY RETAINED COUNSEL AT ARRAIGNMENT          083
```

```
06/28/24
  A  NOTICE TO APPEAR GENERATED                                              083
                         TRESPASSING                                         083
09/13/24
  A  PRE-TRIAL HELD            TRESPASSING                                   083
     JDG  SHERMAN,MILLICENT D.,                                   P-55767    083
     ATT  DUPREE,MATTHEW ANTHONY,                                 P-80132    083
     REMOVED FROM CALENDAR    091324   900A  SHERMAN,MILLICENT D  P-55767    083
     SCHEDULED FOR PRE-TRIAL  101424   900A  SHERMAN,MILLICENT D  P-55767    083
     VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES                        083
                         TRESPASSING                                         083
     BOND CONTINUED                                                          083
     VIRTUAL HEARING SCHEDULED                                               083
     VIRTUAL HEARING HELD                                                    083
     ADJOURNMENT REQUESTED BY DEFENDANT'S ATTORNEY                           083
     COURT REPORTER: KATHY FEARS CSR #5681                                   083
09/16/24
  A  NOTICE TO APPEAR GENERATED                                              083
                         TRESPASSING                                         083
10/14/24
  A  PROCEEDING HELD           TRESPASSING                                   083
     JDG  SHERMAN,MILLICENT D.,                                   P-55767    083
     ATT  DUPREE,MATTHEW ANTHONY,                                 P-80132    083
     DISMISSED BY PARTY                                                      083
     DISMISSED ON MOTION OF CITY ATTORNEY                                    083
     PER RECOMMENDATION STIPULATION.                                         083
     VIRTUAL HEARING HELD                                                    083
     COURT REPORTER: KATHY FEARS CSR #5681                                   083
     CASE CLOSED                                                             083
            ***** END OF REGISTER OF ACTIONS *****  05/09/25 15:13
```

Return to Search

**The 36th District Court Case Search will currently only display case information for cases occurred within the last seven years.**

# 36TH DISTRICT COURT

[← Return to Search Results]

## Register of Action

[Return to Search]

```
|STATE OF MICHIGAN          |                       | CASE NO:   247684771   D01 OM |
|36TH JUDICIAL DISTRICT| REGISTER OF ACTIONS        |                               |
|ORI820365J            |                            | STATUS: CLSD       11/18/24   |
|                      |                            |                               |
```

JUDGE OF RECORD: SHERMAN,MILLICENT D   P-55767
JUDGE: SHERMAN,MILLICENT D   P-55767

DETROIT v

    CTN:

   ROJAS/JOHN/PABLO

    TCN:
    SID:
    ENTRY DATE: 06/05/24
    OFFENSE DATE: 05/30/24   630 AM
    ARREST DATE:
VEHICLE TYPE:   VPN:
YEAR OF BIRTH: 2003   SEX: M   RACE: W   CDL: U
VEH YR:     VEH MAKE:   PAPER PLATE:

DEFENSE ATTORNEY ADDRESS   BAR NO.
DUPREE,MATTHEW ANTHONY,   P-80132
PO BOX 43076   Telephone No.
DETROIT     MI 48243   (313) 365-0598

OFFICER: EISEL COREY   | DEPT: 0555098
PROSECUTOR:   |
    RICK   | VENUE: DETROIT

REF: A C/M/F: M  740.1   PACC#750.552
TRESPASSING IN VACANT, OCCUPIED OR COMMERCIAL BUILDINGS
ARRAIGNMENT DATE:  06/20/24   PLEA:   PLEA DATE:
FINDINGS:  DISM BY PTY   DISPOSITION DATE: 11/18/24

```
SENTENCING DATE:
    FINE      COST  ST.COST   CON    MISC.    REST   TOT FINE   TOT DUE
    0.00      0.00   0.00    0.00    0.00    0.00     0.00      0.00
       JAIL SENTENCE:           PROBATION:
  VEH IMMOB START DATE:         NUMBER OF DAYS:      VEH FORFEITURE:
```

---

BOND HISTORY:
                    PERSONAL    BOND CONTINUED

---

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|

05/30/24
  A  ORIGINAL CHARGE    TRESPASSING    177
     ORDINANCE FINE    177
06/05/24
     FILING DATE    060524    177
  A  SCHEDULED FOR ARRAIGNMENT  062024   130P   SHERMAN,MILLICENT D P-55767  177
     VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES  177
                     TRESPASSING    177
06/06/24
  A  NOTICE TO APPEAR GENERATED    177
                   TRESPASSING    177

---

NAME: ROJAS/JOHN/PABLO          CASE NO: 247684771    PAGE  2

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|

06/20/24
  A  ARRAIGNMENT WAIVED    TRESPASSING    083
    JDG  SHERMAN,MILLICENT D.    P-55767  083
    ATT  DUPREE,MATTHEW ANTHONY,    P-80132  083
     REMOVED FROM CALENDAR    062024   130P   SHERMAN,MILLICENT D P-55767  083
     SCHEDULED FOR PRE-TRIAL  090924   900A   SHERMAN,MILLICENT D P-55767  083
     VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES  083
                   TRESPASSING    083
     PERSONAL    083
     BOND SET    062024  083
     NO DOLLAR AMOUNT SET    083
     VIRTUAL HEARING SCHEDULED    083
     DEFENDANT REPRESENTED BY RETAINED COUNSEL AT ARRAIGNMENT  083
06/21/24

```
   A   NOTICE TO APPEAR GENERATED                                           083
                            TRESPASSING                                     083
09/09/24
   A   PRE-TRIAL HELD          TRESPASSING                                  083
       JDG  SHERMAN,MILLICENT D.,                              P-55767      083
       ATT  DUPREE,MATTHEW ANTHONY,                            P-80132      083
       REMOVED FROM CALENDAR    090924  900A  SHERMAN,MILLICENT D P-55767   083
       SCHEDULED FOR PRE-TRIAL  111824  900A  SHERMAN,MILLICENT D P-55767   083
       VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES                     083
                            TRESPASSING                                     083
       BOND CONTINUED                                                       083
       VIRTUAL HEARING SCHEDULED                                            083
       VIRTUAL HEARING HELD                                                 083
       ADJOURNMENT REQUESTED BY DEFENDANT'S ATTORNEY                        083
       COURT REPORTER: KATHY FEARS CSR #5681                                083
09/10/24
   A   NOTICE TO APPEAR GENERATED                                           083
                            TRESPASSING                                     083
11/18/24
   A   PROCEEDING HELD         TRESPASSING                                  083
       JDG  SHERMAN,MILLICENT D.,                              P-55767      083
       ATT  DUPREE,MATTHEW ANTHONY,                            P-80132      083
       DISMISSED BY PARTY                                                   083
       DISMISSED ON MOTION OF CITY ATTORNEY                                 083
       PER RECOMMENDATION                                                   083
       DISMISSAL ORDER SIGNED JUDGE SHERMAN.                                083
       VIRTUAL HEARING HELD                                                 083
       VIDEO RECORDING                                                      083
       CASE CLOSED                                                          083
             ***** END OF REGISTER OF ACTIONS ***** 05/09/25 15:14
```

Return to Search

The 36th District Court Case Search will currently only display case information for cases occurred within the last seven years.

# 36TH DISTRICT COURT
## Register of Action

Return to Search

```
|STATE OF MICHIGAN         |                         | CASE NO:  247676011    D01 OM |
|36TH JUDICIAL DISTRICT|   REGISTER OF ACTIONS       |                               |
|ORI820365J                |                         | STATUS: CLSD       01/09/25   |
|                          |                         |                               |
```

                                    JUDGE OF RECORD: HOLMES,SHANNON A.,  P-58705
                                           JUDGE:    HOLMES,SHANNON A.,  P-58705
DETROIT v
                                                         CTN:
    ABUELENAIN/AYAH/                                     TCN:
                                                         SID:
                                              ENTRY DATE: 06/05/24
                                              OFFENSE DATE: 05/30/24  830 AM
                                              ARREST DATE:
                                  VEHICLE TYPE:          VPN:
YEAR OF BIRTH: 2001  SEX: F  RACE:            CDL: U
VEH YR:       VEH MAKE:                       PAPER PLATE:

DEFENSE ATTORNEY ADDRESS              BAR NO.
KHUJA,JAMIL KAMEL,                    P-71963
1360 PORTER ST STE 230                Telephone No.
DEARBORN       MI 48124               (313) 263-3353

OFFICER: WILLIAMS DANIEL              | DEPT: 0555098
PROSECUTOR:                           |
                        DRIVE         | VENUE: DETROIT

REF:  A C/M/F: M  740.1                       PACC#750.552
TRESPASSING IN VACANT, OCCUPIED OR COMMERCIAL BUILDINGS
ARRAIGNMENT DATE: 07/05/24   PLEA:   MUTE & NGBC   PLEA DATE: 07/19/24
FINDINGS:  DISM BY PTY   DISPOSITION DATE: 01/09/25
SENTENCING DATE:
     FINE       COST ST.COST    CON     MISC.    REST    TOT FINE   TOT DUE
     0.00       0.00    0.00    0.00    0.00     0.00    0.00       0.00
        JAIL SENTENCE:            PROBATION:
  VEH IMMOB START DATE:           NUMBER OF DAYS:        VEH FORFEITURE:

BOND HISTORY:
                  PERSONAL    BOND CONTINUED

DATE                  ACTIONS, JUDGMENTS, CASE NOTES              INITIALS

05/30/24

```
     A  ORIGINAL CHARGE         TRESPASSING                              177
        ORDINANCE FINE                                                   177
06/05/24
        FILING DATE             060524                                   177
     A  SCHEDULED FOR ARRAIGNMENT 070524  130P  CRTRM 533,     # 533     177
        VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES                 177
                                TRESPASSING                              177
06/06/24
     A  NOTICE TO APPEAR GENERATED                                       177
                                TRESPASSING                              177


NAME: ABUELENAIN/AYAH/                     CASE NO: 247676011    PAGE   2

  DATE                   ACTIONS, JUDGMENTS, CASE NOTES              INITIALS


06/09/24
        Reassigned Jdg of Record # 533 to P-58705                        951
07/02/24
        MISCELLANEOUS ACTION    ALL COUNTS                               510
        ATT  DUPREE,MATTHEW ANTHONY,                        P-80132      510
        APPEARANCE FILED 7/2/24 ONLINE                                   510
07/05/24
     A  ARRAIGNMENT HELD        TRESPASSING                              020
        JDG  SMITH,VIRGIL C.,                               P-20714      020
        STOOD MUTE AND PLEA OF NOT GUILTY ENTERED BY COURT               020
        SCHEDULED FOR PRE-TRIAL   071924  130P  CRTRM 533,    # 533      020
        VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES                 020
                                TRESPASSING                              020
        PERSONAL                                                         020
        BOND SET                                                         020
        VIRTUAL HEARING HELD                                             020
        VIRTUAL HEARING SCHEDULED                                        020
        COURT REPORTER: M. FIELDS CER #7264                              020
        NO DOLLAR AMOUNT SET                                             020
        DEFENDANT REPRESENTED BY APPOINTED COUNSEL AT ARRAIGNMENT        020
        NOTICE TO APPEAR GENERATED                                       020
                                TRESPASSING                              020
07/08/24
     A  NOTICE TO APPEAR GENERATED                                       020
                                TRESPASSING                              020
07/19/24
     A  PROCEEDING HELD         TRESPASSING                              020
        JDG  SMITH,VIRGIL C.,                               P-20714      020
        STOOD MUTE AND PLEA OF NOT GUILTY ENTERED BY COURT               020
        SCHEDULED FOR PRE-TRIAL   080224  130P  CRTRM 533,    # 533      020
        VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES                 020
                                TRESPASSING                              020
        BOND CONTINUED                                                   020
        VIRTUAL HEARING HELD                                             020
        VIRTUAL HEARING SCHEDULED                                        020
        VIDEO RECORDING                                                  020
        ADJOURNMENT REQUESTED BY COURT                                   020
        NOTICE TO APPEAR GENERATED                                       020
                                TRESPASSING                              020
07/22/24
     A  NOTICE TO APPEAR GENERATED                                       020
```

```
                                TRESPASSING                                  020
08/02/24
      PROCEEDING HELD       ALL COUNTS                                       039
      JDG   SMITH,VIRGIL C.,                                    P-20714      039
      SCHEDULED FOR PRE-TRIAL    081624  130P  CRTRM 533,       # 533        039
      VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES                       039
                                ALL COUNTS                                   039
      VIRTUAL HEARING SCHEDULED                                              039
      COURT REPORTER: A. PILLOW CSR #5665                                    039
      DEFENDANT REPRESENTED BY RETAINED COUNSEL AT ARRAIGNMENT               039
      NOTICE TO APPEAR GENERATED                                             039
                                ALL COUNTS                                   039


NAME: ABUELENAIN/AYAH/                CASE NO: 247676011        PAGE   3


 DATE                    ACTIONS, JUDGMENTS, CASE NOTES              INITIALS


08/05/24
      NOTICE TO APPEAR GENERATED                                             039
08/16/24
  A   PRE-TRIAL HELD            TRESPASSING                                  144
      JDG   SMITH,VIRGIL C.,                                    P-20714      144
      ATT   KHUJA,JAMIL KAMEL,                                  P-71963      144
      SCHEDULED FOR TRIAL       010925  1045A  HOLMES,SHANNON A., P-58705    144
      VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES                       144
                                TRESPASSING                                  144
      VIRTUAL HEARING SCHEDULED                                              144
      VIDEO RECORDING                                                        144
      NOTICE TO APPEAR GENERATED                                             144
                                TRESPASSING                                  144
08/19/24
  A   NOTICE TO APPEAR GENERATED                                             144
                                TRESPASSING                                  144
01/09/25
  A   PROCEEDING HELD           TRESPASSING                                  032
      JDG   HOLMES,SHANNON A.,                                  P-58705      032
      DISMISSED BY PARTY                                                     032
      DISMISSED WITHOUT PREJUDICE                                            032
      VIDEO RECORDING                                                        032
      VIRTUAL HEARING HELD                                                   032
      CASE CLOSED                                                            032
           ***** END OF REGISTER OF ACTIONS *****  05/09/25 15:20
```

Return to Search

The 36th District Court Case Search will currently only display case information for cases occurred within the last seven years.

## 36TH DISTRICT COURT
## Register of Action

Return to Search

```
|STATE OF MICHIGAN          |              | CASE NO:  247510191   D01 OM |
|36TH JUDICIAL DISTRICT| REGISTER OF ACTIONS |                              |
|ORI820365J           |                    | STATUS: CLSD      10/31/24   |
|                     |                    |                              |

                                    JUDGE OF RECORD: WAGNER,MICHAEL E.,  P-44021
                                    JUDGE:           WAGNER,MICHAEL E.,  P-44021
DETROIT v
                                                CTN:
    MARINI-ABUELENAIN/SAEIDA/                   TCN:
                                                SID:
                                        ENTRY DATE: 06/05/24
                                      OFFENSE DATE: 05/30/24   830 AM
                                        ARREST DATE:
                            VEHICLE TYPE:        VPN:
YEAR OF BIRTH: 1970  SEX: F  RACE:               CDL: U
VEH YR:       VEH MAKE:                          PAPER PLATE:

OFFICER: JIDDOU YOUSIF            | DEPT: 0555098
PROSECUTOR:                       |
                      DRIVE       | VENUE: DETROIT


REF:  A C/M/F: M  740.1                     PACC#750.552
TRESPASSING IN VACANT, OCCUPIED OR COMMERCIAL BUILDINGS
ARRAIGNMENT DATE:  06/21/24    PLEA:              PLEA DATE:
FINDINGS: DISM BY PTY   DISPOSITION DATE: 10/31/24
SENTENCING DATE:
     FINE     COST ST.COST    CON    MISC.    REST   TOT FINE   TOT DUE
     0.00     0.00    0.00    0.00    0.00    0.00    0.00       0.00
        JAIL SENTENCE:         PROBATION:
 VEH IMMOB START DATE:       NUMBER OF DAYS:       VEH FORFEITURE:


BOND HISTORY:
               PERSONAL    BOND SET

   DATE                 ACTIONS, JUDGMENTS, CASE NOTES          INITIALS


05/30/24
  A  ORIGINAL CHARGE        TRESPASSING                            177
     ORDINANCE FINE                                                177
06/05/24
     FILING DATE            060524                                 177
  A  SCHEDULED FOR ARRAIGNMENT 062124  130P  WAGNER,MICHAEL E.,  P-44021  177
```

```
            VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES              177
                              TRESPASSING                                 177
06/06/24
   A  NOTICE TO APPEAR GENERATED                                          177
                              TRESPASSING                                 177
06/21/24
      ARRAIGNMENT WAIVED      ALL COUNTS                                  091
      JDG  WAGNER,MICHAEL E.,                              P-44021        091
      SCHEDULED FOR PRE-TRIAL  091024  835A  WAGNER,MICHAEL E.,  P-44021  091
      VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES                    091
                              ALL COUNTS                                  091
      PERSONAL                                                            091
      BOND SET                                                            091
      VIRTUAL HEARING SCHEDULED                                           091
      DEFENDANT REPRESENTED BY APPOINTED COUNSEL AT ARRAIGNMENT           091


NAME: MARINI-ABUELENAIN/SAEIDA/           CASE NO: 247510191    PAGE  2

 DATE                 ACTIONS, JUDGMENTS, CASE NOTES              INITIALS


06/21/24
      NO DOLLAR AMOUNT SET                                                091
06/24/24
      NOTICE TO APPEAR GENERATED                                          091
09/26/24
   A  PROCEEDING HELD          TRESPASSING                                091
      JDG  WAGNER,MICHAEL E.,                              P-44021        091
      SCHEDULED FOR TRIAL      103124  900A  WAGNER,MICHAEL E.,  P-44021  091
      VIRTUAL NOTICE TO APPEAR REQUESTED - ALL PARTIES                    091
                              TRESPASSING                                 091
      VIRTUAL HEARING SCHEDULED                                           091
09/27/24
   A  NOTICE TO APPEAR GENERATED                                          091
                              TRESPASSING                                 091
10/31/24
   A  PROCEEDING HELD          TRESPASSING                                143
      JDG  WAGNER,MICHAEL E.,                              P-44021        143
      DISMISSED BY PARTY                                                  143
      DISMISSED WITHOUT PREJUDICE                                         143
      VIRTUAL HEARING HELD                                                143
      COURT REPORTER: CYNTHIA WASHINGTON CSMR #7087                       143
      CASE CLOSED                                                         143
            ***** END OF REGISTER OF ACTIONS ***** 05/09/25 15:21
```

Return to Search